1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT

8

CENTRAL DISTRICT OF CALIFORNIA

9

10 JOSE CABRERA,                              ) No. CV 12-4845 FFM
                                             )
11                   Plaintiff,              )
                                             ) JUDGMENT
12       v.                                  )
                                             )
13 CAROLYN W. COLVIN, Acting                 )
   Commissioner of Social Security,          )
14                                           )
                 Defendant.                  )
15 _____          )

16       In accordance with the Memorandum Decision and Order filed concurrently

17 herewith,

18       IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner

19 of Social Security Administration, is affirmed and this action is dismissed with prejudice.

20

21

22

23 DATED: September 20, 2013                    /S/ FREDERICK F. MUMM
                                             FREDERICK F. MUMM
24                                           United States Magistrate Judge

25

26

27

28